In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-231 CV


____________________



GULF COAST MEASURING SERVICE, INC. and 


LARRY BOLLICH, Appellants



V.



SUNOCO LOGISTICS PARTNERS, L.P., SUNOCO LOGISTICS PARTNERS


OPERATIONS G.P., L.L.C., and SUNOCO PIPELINE, L.P., Appellees


 




On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-177,278-A 






MEMORANDUM OPINION



 The appellants, Gulf Coast Measuring Service, Inc., and Larry Bollich, and the
appellees, Sunoco Logistics Partners, L.P., Sunoco Logistics Partners Operations G.P.,
L.L.C., and Sunoco Pipeline, L.P., filed a joint motion to dismiss this appeal and the cause
of action with prejudice. The parties allege they have reached a settlement agreement and
ask the Court to vacate the judgment of the trial court and dismiss all claims asserted in
Cause No. E-177,278-A with prejudice. The motion is voluntarily made by agreement of the
parties prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other party
filed notice of appeal.

 Accordingly, we vacate the judgment of the trial court without reference to the merits,
grant the motion to dismiss with prejudice, and dismiss the appeal and Cause No. E-177,278-A. All costs are assessed against the incurring party.

 JUDGMENT VACATED; APPEAL AND CAUSE DISMISSED.





 ______________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered September 11, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.